IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,  :

       Plaintiff,  :

   v.  :  CIVIL No. AMD-01-3811

Earnest McDuffie,  :
a/k/a Ernest O. McDuffie,
a/k/a Ernest McDuffie, Jr.  :

       Defendant.  :

.....ooOoo.....

## DISMISSAL

Plaintiff, the United States of America, by and through counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Tamera L. Fine, Assistant United States Attorney for the said District, dismisses this action pursuant to Fed.R.Civ.P. 41(a)(1) and for cause states:

Venue is not proper in that this office has learned that the defendant, Earnest McDuffie, resides at 136 Hull Street, Brooklyn, NY 11233, outside the jurisdiction of this Court.

                        Respectfully submitted,

                        Thomas M. DiBiagio
                        United States Attorney

                        Tamera L. Fine
                        Assistant U.S. Attorney
                        6525 United States Courthouse
                        101 West Lombard Street
                        Baltimore, Maryland 21201-2692
                        410-209-4800
                        Trial Bar No. 024751

Approved this 27th day of Feb. 2002.

                        Andre M. Davis
                        U. S. District Judge